UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN K. ROBINSON,<br>　　　　　Plaintiff,<br>　　v.<br>ALEXANDER ACUNA, et al.,<br>　　　　　Defendants. | Case No. 22-cv-04934-DMR (PR)<br><br>**ORDER OF TRANSFER** |

　　　　Plaintiff, a state prisoner and transgender female-identified inmate currently incarcerated at the California Medical Facility, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This case has been assigned to the undersigned Magistrate Judge. Dkt. 6. Plaintiff has filed an incomplete *in forma pauperis* application. Dkt. 2.

　　　　The acts complained of occurred at the California State Prison-Sacramento (where she was previously incarcerated), which is located in the Eastern District of California, and it appears that defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. §1391(b).

　　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

　　　　If plaintiff wishes to further pursue this action, she must complete the *in forma pauperis* application required by the United States District Court for the Eastern District of California and

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

1   mail it to that district.

2         IT IS SO ORDERED.

3   Dated: September 15, 2022  _____

4                                     DONNA M. RYU
                                  United States Magistrate Judge